MAGISTRATE JUDGE ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5133 |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING EXTENSION OF TIME TO PAY FINE |
| GENESIS NEWSOME, | ) | |
| Defendant. | ) | |

Upon stipulation of the parties to extend the time to pay the fine in the case of caption, the Court finds that such an extension would serve the ends of justice and outweighs the interest of the public therefore,

IT IS HEREBY ORDERED that the fine be extended until May 15, 2007.

DONE this 15th day of November, 2006.

s/ J Kelley Arnold
J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
Miriam Schwartz
Attorney for Defendant

/s/
Capt. Kenneth Tyndal
Special Assistant United States Attorney

ORDER GRANTING EXTENSION
OF TIME TO PAY FINE - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**